IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CV-125-FL

| | | |
|---|---|---|
| TRANSPORTATION IMPACT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONOVAN MARINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before Monday, April 10, 2017.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket. The clerk is DIRECTED to remove this case from the court's civil court session commencing March 13, 2017 in New Bern, as previously set in order entered November 23, 2016 (DE 45).

SO ORDERED, this  23rd day of February, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge